# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON HOOKS,<br><br>  Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>  Respondent. | Case No. 2:19-cv-00869-CJC-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"), all documents submitted by the parties in connection with the Motion to Dismiss the Petition ("Motion") and all of the records herein, including the October 11, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

IT IS HEREBY ORDERED that the Motion is granted, the Petition and this action are dismissed, and Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on respondent's counsel.

IT IS SO ORDERED.

DATED: December 2, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE